BANCO DI NAPOLI TRUST COMPANY OF NEW YORK, Respondent, v. GIACOMO G. LEVI and ANTHONY LEVI, Defendants, Impleaded with EMANUEL F. ROSENBAUM, Appellant.— Orders affirmed, with twenty dollars costs and disbursements to the appellant, without prejudice to renewal on proper affidavits. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BARBARA POLACHEK, an Infant, by HENRIETTA POLACHEK, Her Guardian ad Litem, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [147 Misc. 16.]

VIOLA R. WINKLER, Respondent, v. EDWARD HOWARD O'FLYNN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VASCO DA GAMA, Appellant.— Judgment modified by reducing the sentence to ten days' imprisonment and a fine of $100. The defendant to be produced for resentence on a day to be fixed in the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

REGINA LEFKOVITS, as Executrix, etc., of HERMAN LEFKOVITS, Deceased, Appellant, v. RICHARD G. WAHRBURG and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WASHINGTON, Appellant.*— Judgment so far as appealed from modified by reducing the judgment to an indeterminate sentence, the minimum of which shall be thirty years and the maximum sixty years, and as so modified affirmed. The defendant to be produced in this court for resentence on a day to be fixed in the order. (See *People* v. *Washington*, 237 App. Div. 603.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reinstate original sentence of fifteen to twenty years, dated April 13, 1932. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE ANGELIS, Impleaded, etc., Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOMA HOLDING CORPORATION, Respondent, v. CRIPPLE BUSH REALTY CORPORATION, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [147 Misc. 655.]

NATHAN MAGIDA, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.